UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendants. | Case No. 20-cv-03546-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **November 13, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: **September 28, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **February 16, 2021**

DESIGNATION OF EXPERTS: **March 1, 2021**; REBUTTAL: **March 19, 2021**;
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **April 30, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **March 26, 2021**;
   Opp. Due: **April 9, 2021**; Reply Due: **April 16, 2021**;
   and set for hearing no later than **April 30, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **June 8, 2021 at 3:30 PM**.

BENCH TRIAL DATE: **June 21, 2021 at 8:30 AM.**
   Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3-5 days.

Settlement Conference with Magistrate Judge in **May 2021**.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: September 2, 2020

_____
SUSAN ILLSTON
United States District Judge